NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY ALLEN SPEARS,
DOC #716895,

      Appellant,

v.                                Case No.  2D18-1275

STATE OF FLORIDA,

      Appellee.
_____

Opinion filed June 19, 2019.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Howard L. Dimmig, II, Public Defender,
and Andres Sanchez, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.